UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Yabut, Reynaldo Trinidad           Case No.:  __19-10192-MBK__

                                           Chapter:  __7__

                                           Judge:  __Michael B. Kaplan__

---

**NOTICE OF PROPOSED ABANDONMENT**

---

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> > Clerk of the U.S. Bankruptcy Court
> > U.S. Courthouse, 1st floor
> > 402 E. State Street
> > Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __March 18, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> 50% interest in real estate located at:
> 18 Butterfly Court
> Manahawkin, NJ
>
> Valued at $245,000.00

> Liens on property:
>
> Bayview
> $360,517.50 plus $94,494.50 deferred balance)

> Amount of equity claimed as exempt:
>
> $0.00

Objections must be served on, and requests for additional information directed to:

Name:      __Andrea Dobin, Trustee__

Address:   __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10192-MBK
Reynaldo Yabut                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 21, 2019
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db              +Reynaldo Yabut,    18 Butterfly Court,    Manahawkin, NJ 08050-7805
517952946       +Bayview Loan Servicing LLC,    Po Box 650091,    Dallas TX 75265-0091
518038711       +State of New Jersey,    PO Box 1018,    Moorestown NJ 08057-0018
517952949       +Toyota Motors Credit,    Po Box 9786,    Cedar Rapids IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517961827       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 22 2019 00:14:48
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517952947        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 22 2019 00:27:16      BMW Financial,
                 5515 Park Center Circle,    Dublin OH, 43017
518038713        E-mail/Text: cio.bncmail@irs.gov Feb 22 2019 00:16:32      Internal Revenue Service,
                 550 Main Street,    Cincinnati OH 45999.
517952948       +E-mail/Text: bncnotices@becket-lee.com Feb 22 2019 00:16:19      Kohl's /Capone,
                 N56 W17000 Ridgewood Dr,    Menomonee Falls WI 53051-7096
517952952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2019 00:28:00
                 Portfolio Recovery Associates LLC,    Po Box 12914,    Norfolk VA, 23541
517952950       +E-mail/Text: bankruptcy@savit.com Feb 22 2019 00:18:12      Sa-Vit Collection Agency,
                 46 W Ferris Street,    East Brunswick NJ 08816-2159
517952951       +E-mail/Text: bankruptcy@sw-credit.com Feb 22 2019 00:17:14      Southwest Credit System,
                 2629 Dickerson Pkwy,    Carrollton TX 75007-4458
517954681       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Andrea Dobin     ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2007-19) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2007-19) rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4