**MS&B** McMANIMON · SCOTLAND · BAUMANN   427 Riverview Plaza, Trenton, NJ 08611  (609) 695-6070

**Andrea Dobin**
Partner
Direct 973-323-8667
adobin@msbnj.com

8888.0001

April 4, 2019

<u>VIA CM/ECF</u>

Honorable Michael B. Kaplan
United States Bankruptcy Court
Trenton, NJ 08608

Re: In re Yabut, Reynaldo, Case No. 19-10192(MBK)
Objection to Motion to Compel Trustee to Sell
Return Date: April 29, 2019, 10am

Dear Judge Kaplan:

I serve as the Chapter 7 Trustee in the above-referenced matter. I have been served with a Motion requesting the Trustee to sell the real estate located at 18 Butterfly Court, Manahawkin, New Jersey. This motion must be denied for the following reasons:

1. There is no equity in the Property as demonstrated by the Notice of Proposed Abandonment;
2. The mortgagee has obtained stay relief and has listed the Property for sale on the April 9, 2019 sheriff sale list for Ocean County with an upset price that vastly exceeds the value of the Property:

```
CH   776311
                                                                                            2
         PLAINTIFF  THE BANK OF NEW YORK MELLON FKA THE  $1,053,327.07
F02445017  DEFENDANT  RAYNALDO YABUT ETC., ET ALS
         ATTORNEY   KML LAW GROUP                       609-250-0700
                    F02445017        KRISTINA MURTHA

   SEQ  001  18 BUTTERFLY COURT                                  STAFFORD TWP. NJ  08050
             Lot: 2.35                       Block: 51
```

3. The Court has docketed a Certificate of No Objection such that the abandonment has now been finalized. The Trustee could not exercise control over the Property even if she wanted to. It is no longer property of the Estate.

I do not intend to appear to argue this opposition unless directed by the Court. I thank the Court for its consideration.

Respectfully,

Andrea Dobin

AD/to
cc:  Yabut Reynaldo
     18 Butterfly Court
     Manahawkin, NJ  08050