UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on April 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reynaldo Yabut

| | |
|---|---|
| Case No.: | 19-10192 |
| Hearing Date: | 4/29/2019 |
| Judge: | Michael B. Kaplan |
| Chapter: | 7 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION

**REQUESTING THE TRUSTEE TO SELL THE REAL ESTATE PROPERTY LOCATED 18 BUTTERLY COURT, MANAHAWKIN, NEW JERSEY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____April 1_____, 20 19  by _Reynaldo Yabut_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*